IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIFFANY AARON, EBONI HORN-WATSON, STACEY BLANCHETTE, STEPHANIE REYNOLDS, SANDRA BOUDREAUX, CYNTHIA CLARK, ESTELLE FOSTER, SUSAN HEBERT, AND CAROLYN HOLMAN, | § § § § § § § | |
| *Plaintiffs* v. | § § § § | CIVIL ACTION NO. 13-cv-1716 |
| JASON LEDAY, LTHM HOUSTON - OPERATIONS, LLC, AND KIGLAPAIT HOSPITAL CORPORATION d/b/a RENAISSANCE HOSPITAL GROVES | § § § § § § | |
| *Defendants.* | § § | |

## JOINT MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

Plaintiffs have alleged claims under the Fair Labor Standards Act, the WARN Act, breach of contract, and COBRA violation under 29 U.S.C. § 1132(c)(1). LTHM Houston – Operations, LLC has filed for bankruptcy, and there is a bona fide dispute as to the extent of liability with respect to Defendants Jason LeDay and Kiglapait Hospital Corporation. In order to avoid the time, expense, and risks of trial, the parties have agreed to enter into a final judgment, attached as Exhibit #1 to this Motion.

Wherefore, the parties respectfully request that the Court enter a final judgment in the form attached to this Motion.

Dated: January 29, 2015 SUD LAW P.C.

*/s/ Nitin Sud*

Nitin Sud
State Bar No. 24051399
Federal ID No. 611307
4545 Mount Vernon Street
Houston, TX 77006
Phone: 832-623-6420
Fax: 832-304-2552
nsud@sudemploymentlaw.com

**Attorney for Plaintiffs**

*/s/ Troy Tindal on Jan 29, 2015*

Troy Tindal
Tindal Law Firm
State Bar No. 24066198
17225 El Camino Real, Ste. 190
Houston, Texas 77058
Tel: 832-691-1519
Fax: 832-408-7579
troy@tindallawfirm.com

**Attorney for Defendants**